1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDU-SCIENCE (USA) INC. | ) | No: 2:12-cv-00402-MCE-DAD |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| v. | ) | **TO TRANSFER VENUE** |
| INTUBRITE LLC | ) | |
| Defendants. | ) | Assigned to:   Hon. Morrison C. England, Jr. |
| | ) | [Complaint Filed: February 16, 2012] |

The Court having considered the stipulation of plaintiff EDU-Science (USA) Inc. and defendant IntuBrite LLC to transfer venue to the United States District Court for the Southern District of California, **IT IS HEREBY ORDERED** that this case shall be transferred immediately to the United States District Court for the Southern District of California, all pending motions in this action shall be deemed withdrawn, and defendant IntuBrite LLC shall have twenty one (21) days to respond to EDU's complaint following docketing of this action in the Southern District of California.

Dated: May 1, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE