1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDU-SCIENCE (USA) INC., <br><br> Plaintiff, <br><br> v. <br><br> INTUBRITE LLC, <br><br> Defendant. | Case No. 12-cv-1078-BAS-JLB <br><br> **SECOND AMENDED FINAL JUDGMENT** |
| INTUBRITE LLC, <br><br> Counterclaimant, <br><br> v. <br><br> EDU-SCIENCE (USA) INC.; EDU-SCIENCE (HK) LTD, <br><br> Counterdefendants. | |
| AND RELATED CROSS ACTIONS. | |

On August 26, 2015, after five days of trial, an impaneled jury of seven persons returned a special verdict in the instant action. The jury found:

1. Defendant IntuBrite LLC ("IntuBrite") was not liable to Plaintiff Edu-Science (USA) Inc. for breach of contract;

2. Counterdefendant Edu-Science (USA) Inc. was liable to Counterclaimant IntuBrite for breach of contract;

3. IntuBrite suffered $0 in damages as a result of Edu-Science (USA)'s breach of contract;

4. Counterdefendant Edu-Science (HK) Ltd. was not liable to Counterclaimant IntuBrite for breach of contract;

5. Counterdefendant Edu-Science (USA) Inc. was not liable to Counterclaimant IntuBrite for breach of the implied warranty of merchantability; and

6. Counterdefendant Edu-Science (HK) Ltd. was not liable to Counterclaimant IntuBrite for breach of the implied warranty of merchantability.

In a judgment entered on Novermber 5, 2015, the Court entered judgment in favor of IntuBrite on the latter's breach of contract claim against Edu-Science (USA), even though the jury found that IntuBrite suffered no damages. On December 3, 2015, Edu-Science (USA) and Edu-Science (HK) ("Edu-Science parties") filed a motion to amend the judgment noting this mistake and requesting that judgment be entered in favor of the Edu-Science parties on Intubrite's counterclaims. (ECF No. 195.) The Court entered an Amended Judgment on December 11, 2015. (ECF No. 199.) On December 28, 2015, IntuBrite filed a motion to amend the Amended Judgment requesting judgment be entered in favor of IntuBrite on Edu-Science (USA) Inc.'s breach of contract claim. (ECF No. 200.) The motion is **GRANTED**. Accordingly, the Court **ORDERS** the following:

(1) The Clerk of Court shall enter Judgment in favor of IntuBrite on Edu-Science (USA) Inc.'s claim for breach of contract.

(2) The Clerk of Court shall enter Judgment in favor of Edu-Science (USA) Inc. on IntuBrite's counterclaim for breach of contract.

(3) The Clerk of Court shall enter Judgment in favor of Edu-Science (USA)

1 | Inc. on IntuBrite's counterclaim for breach of the implied warranty of merchantability.

(4) The Clerk of Court shall enter Judgment in favor of Edu-Science (HK) on IntuBrite's counterclaim for breach of the implied warranty of merchantability.

(5) The Clerk of Court shall enter Judgment in favor of Edu-Science (HK) on Intubrite's counterclaim for breach of contract.

The Court's Amended Judgment entered on December 11, 2015 is hereby **VACATED**. (ECF No. 199.) IntuBrite's motion to amend the judgment is **GRANTED**. (ECF No. 200.)

**IT IS SO ORDERED.**

DATED: April 5, 2016

Hon. Cynthia Bashant
United States District Judge